**TRAVELERS INSURANCE COMPANY, Movant, v. Oscar LONG, Opposed.**

Court of Appeals of Kentucky.

March 23, 1951.

Wheeler & Marshall, Paducah, for movant.

Roy Vance, Jr., Paducah, for opposed.

PER CURIAM.

Motion for appeal from judgment dismissing plaintiff's petition which sought a contribution of $270.87 from appellee as an alleged tort-feasor.

The motion is overruled, appeal denied, and the judgment is affirmed.